# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE DAVID CHICA-HERNANDEZ,<br><br>*Plaintiff,*<br><br>-v-<br><br>ITALPRESSE U.S.A., INC. and<br>ITALPRESSE S.P.A.,<br><br>*Defendants.* | **Civil Action No.:**<br><br>**2:17-CV-06422 (KAM)(VMS)** |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Sun Ah (Michelle) Park, dated May 17, 2021, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support and Rule 56.1 Statement of Material Undisputed Facts, as well as upon all the pleadings herein, defendant ITALPRESSE S.P.A. by and through its attorneys of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, will move this Honorable Court before Judge Kiyo A. Matsumoto, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 6C South on the date set by the Court as Counsel may be heard, for the for an Order pursuant to Fed. R. Civ. P. 56 granting defendant summary judgment and dismissing the instant action in its entirety, as well as such other and further relief as the Court finds appropriate.

Dated:   White Plains, New York
          May 24, 2021

        Respectfully Submitted,

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____
        Thomas M. DeMicco
        Sun Ah Park
        *Attorneys for Defendant*
        ITALPRESSE S.P.A.
        1133 Westchester Avenue
        White Plains, New York 10604
        (914) 323-7000
        File No.: 10905.00065

To:    Jay Massaro, Esq.
        *Attorney for Plaintiff*
        DELL & DEAN, PLLC
        1225 Franklin Avenue, Suite 450
        Garden City, NY 11530
        (516) 880-9700 Ext. 15
        JMassaro@d2triallaw.com

        Jeffrey K. Van Etten, Esq.
        Perry Van Etten Rozanski & Primavera LLP
        60 Broad Street, Ste 3600A
        New York, NY 10004
        212-406-9710
        jkvanetten@pvrklaw.com